# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LAWAYNE NATT,**
Reg. #14733-010                                                                                          **PLAINTIFF**

V.                              CASE NO. 4:18-CV-885-KGB-BD

**JERRY HOWARD and**
**ARRIKA NEAL**                                                                                          **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.    Procedures for Filing Objections:

This Recommended Disposition[1] (Recommendation) has been sent to Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. Also, if parties do not file objections, they may waive the right to appeal questions of fact.

### II.   Discussion:

LaWayne Natt, a federal inmate, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) After reviewing Mr. Natt's complaint, the Court determined that he had adequately stated an excessive-force claim against Defendant Howard. (#8)

---

[1] The Court previously recommended that Mr. Natt's claims against Defendant Neal be dismissed, without prejudice. (#23)

The Court has ordered service for Defendant Howard three times. (#8, #10, #17) All summonses, however, were returned to the Court unexecuted, including the attempt to personally serve Defendant Howard. (#9, #16, #22)

Mr. Natt filed his complaint in this case on November 27, 2018. By order of September 5, 2019, the Court reminded Mr. Natt that the Rules of Civil Procedure require that all defendants be served with process within 90 days of the date a complaint is filed. (#24) Because of the difficulty in serving Defendant Howard, however, the Court gave Mr. Natt 30 days from September 5, 2019 to find a valid service address for Defendant Howard.

On September 19, 2019, Mr. Natt moved for additional time to serve Defendant Howard. The Court granted the motion and gave Mr. Natt until October 7 to provide a valid service address for Defendant Howard, but cautioned Mr. Natt that no further extensions would be granted. (#27)

To date, Mr. Natt has not provided a valid service address for Defendant Howard despite the fact that the case has been pending for almost eleven months.

### III.   Conclusion:

The Court recommends that Mr. Natt's claims against Defendant Howard be DISMISSED, without prejudice, based on the failure to effect service of process within the time allowed. Furthermore, Mr. Natt's pending motion to consolidate cases (#11) should be DENIED, as moot.

DATED, this 22nd day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE