IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| LAWAYNE NATT<br>Reg. # 14733-010 | PLAINTIFF |
| v. Case No. 4:18-cv-00885-KGB-BD | |
| JERRY HOWARD, and<br>ARRIKA NEAL | DEFENDANTS |

## ORDER

Before the Court is a Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 23). Plaintiff Lawayne Natt filed an objection to the Partial Recommended Disposition (Dkt. No. 25). After a careful review of the Partial Recommended Disposition, Mr. Natt's objections, and a *de novo* review of the record, the Court adopts the Partial Recommended Disposition as its findings in all respects (Dkt. No. 23).

Judge Deere recommends that defendant Arrika Neal's motion to dismiss be granted (Dkt. No. 20) and that Mr. Natt's claims against Ms. Neal be dismissed (Dkt. No. 23, at 3). Judge Deere explains that Mr. Natt's vague allegations regarding his medical care fall far short of stating a deliberate indifference claim against Ms. Neal (*Id.*). In his objection, Mr. Natt merely restates the same vague allegations against Ms. Neal (Dkt. No. 25, at 1). Accordingly, this Court adopts the Partial Recommended Disposition (Dkt. No. 23). The Court grants Ms. Neal's motion to dismiss (Dkt. No. 20). The Court dismisses without prejudice Mr. Natt's claims against Ms. Neal for failure to state a claim.

It is so ordered this 10th day of February, 2020.

Kristine G. Baker
United States District Court Judge