IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAWAYNE NATT**                                                                                                  **PLAINTIFF**
Reg. # 14733-010

v.                         Case No. 4:18-cv-00885-KGB-BD

**JERRY HOWARD**                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff LaWayne Natt's claims are hereby dismissed without prejudice.

So adjudged this 21st day of March, 2022.

*Kristine G. Baker* (signature)
Kristine G. Baker
United States District Court Judge